```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

**KIMBERLY EDWARDS**                                              **PLAINTIFF**

**V.**                                           **CAUSE NO. 3:18-CV-61-DCB-MTP**

**C SPIRE**                                                       **DEFENDANT**

## FINAL JUDGMENT

This cause having come before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation;

And the Court, having adopted the Report and Recommendation as the findings and conclusions of the Court in an Order of August 1, 2018;

And the plaintiff having failed to timely pay all costs associated with the filing of this action; the Court therefore dismisses this action without prejudice.

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this the 30th day of August, 2018.

                                        _/s/ David Bramlette_____
                                        UNITED STATES DISTRICT JUDGE